IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

YAVITZ LLC,

            Plaintiff,

    v.

MICROSOFT CORP.,

            Defendant.

ORDER

10-cv-146-wmc

---

The undersigned recuses himself in the above entitled matter pursuant to 28 U.S.C. § 455(a)(d )(4).

Entered this 15th day of April, 2010.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge

1